UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES HERRONEN,

    Plaintiffs,

v                                Case No. 11-CV-10655
                                HON. MARK A. GOLDSMITH
ASSOCIATED RECOVERY SYSTEMS,
INC., ET AL,

    Defendants.
_____/

## ORDER STRIKING STIPULATION AND ORDER

On March, 2011, Defendants' counsel filed a stipulation and order [DE #8]. Pursuant to E.D. Mich. Local Rules Appendix ECF Rule 11(a), a proposed stipulation and order must be submitted as a Word or WordPerfect Document via the link under the Utilities section of CM/ECF. The stipulation and order at issue is not in compliance with the rule.

IT IS ORDERED, that the stipulation and order [DE #8] is STRICKEN.

Dated: March 17, 2011                        s/Mark A. Goldsmith
                                                            MARK A. GOLDSMITH
                                                            United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 17, 2011.

                                                               s/Deborah J. Goltz
                                                               DEBORAH J. GOLTZ
                                                               Case Manager